UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-cv-81149-DMM

LAWRENCE FELTZIN,

     Plaintiff,

v.

JUPITER TOWN CENTER, LLLP,

     Defendant.

_____/

## **JOINT NOTICE OF SETTLEMENT**

Plaintiff LAWRENCE FELTZIN and Defendant JUPITER TOWN CENTER, LLLP, by

and through their respective undersigned counsel, pursuant to S.D. Fla. L.R. 16.4, hereby jointly

give notice that the parties have reached a settlement in principle.  The Parties respectfully request

sixty (60) days within which to file a stipulation for dismissal with prejudice to provide the Parties

sufficient time to complete and consummate the settlement.

Dated: December 26, 2024                 Respectfully submitted,

| | |
|---|---|
| *s/ Ramon J. Diego* | *s/ Adam S. Chotiner*[1] |
| Ramon J. Diego, Esq. | Adam S. Chotiner, Esq. |
| Florida Bar No. 689203 | FL Bar No. 0146315 |
| The Law Office of Ramon J. Diego, P.A. | Shapiro, Blasi, Wasserman & Hermann, P.A. |
| 5001 SW 74th Court | 7777 Glades Road, Suite 400 |
| Suite 103 | Boca Raton, FL 33434 |
| Miami, FL, 33155 | Tel:  (561) 477-7800 |
| Tel: (305) 350-3103 | Fax: (561) 477-7752 |
| E-Mail: rdiego@lawgmp.com | Email: achotiner@sbwh.law |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

---

[1]     Plaintiff's counsel Ramon J. Diego has provided Adam S. Chotiner with express authority to jointly file this notice.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF

<u>*s/ Adam S. Chotiner*</u>
ADAM S. CHOTINER, ESQ.

## <u>SERVICE LIST</u>

*Lawrence Feltzin v. Jupiter Town Center, LLLP*
Case No. 9:24-cv-81149-DMM
United States District Court, Southern District of Florida

| | |
|---|---|
| Ramon J. Diego, Esq.<br>E-Mail: rdiego@lawgmp.com<br>The Law Office of Ramon J. Diego, P.A.<br>5001 SW 74th Court, Suite 103<br>Miami, FL, 33155<br>Tel: (305) 350-3103<br>Counsel for Plaintiff | Adam S. Chotiner, Esq.<br>E-Mail: achotiner@sbwh.law<br>Shapiro, Blasi, Wasserman & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Tel: (561) 477-7800<br>Fax: (561) 477-7722<br>Counsel for Defendant |
| Beverly Virues, Esq.<br>E-Mail: bvirues@lawgmp.com<br>Armando Mejias, Esq.<br>E-Mail: amejias@lawgmp.com<br>Garcia-Menocal P.L.<br>350 Sevilla Avenue, Suite 200<br>Coral Gables, Fl 33134<br>Tel: (305) 553-3464<br>Counsel for Plaintiff | |