**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 24-cv-81149-MIDDLEBROOKS

LAWRENCE FELTZIN,

      Plaintiff,

v.

JUPITER TOWN CENTER, LLLP,

      Defendant.

_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice, filed on January 6, 2025. (DE 14). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby **ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

SIGNED in Chambers in West Palm Beach, Florida, this 8 day of January, 2025.

Donald M. Middlebrooks
United States District Judge

CC:    Counsel of Record